UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wendy Chao and Ann Marie Chao,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Budzik & Dynia, LLC; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 5:13-cv-00061-DNH-TWD |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

   Wendy Chao and Ann Marie Chao ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 2, 2013

                                        Respectfully submitted,


                                        By: /s/ Sergei Lemberg

                                        Sergei Lemberg (SL 6331)
                                        Lemberg & Associates L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 2, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Sergei Lemberg
               Sergei Lemberg